# Exhibit A

 Outlook

**New Google Review**

From  LeadWise <do-not-reply@replies.msgwiser.com>
Date  Sat 5/11/2024 7:35 PM
To    Ace Bedbug Exterminating <info@acebedbugexterminating.com>

# You have a new review



     **Chasedy Marie**
                        Sa May, 2024

**Respond to Review**

*Copyright © 2024 , All rights reserved.*