# Exhibit B

 Outlook

**New Google Review**

From: LeadWise <do-not-reply@replies.msgwiser.com>
Date: Sat 5/11/2024 8:38 PM
To: Ace Bedbug Exterminating <info@acebedbugexterminating.com>

## You have a new review



 Angelica Colon
Sa May, 2024

" *Had an extremely bad experience and I strongly do not recommend! I still have bedbugs and it's so disappointing! Again I DO NOT recommend!* "

**Respond to Review**

Copyright © 2024  , All rights reserved.