# Exhibit D

 **Outlook**

---

**Madison left a review for Ace Bedbug Exterminating NYC**

---

**From** Google Business Profile <businessprofile-noreply@google.com>

**Date** Tue 7/16/2024 3:37 PM

**To** Luis Pantaleon <info@acebedbugexterminating.com>





# You got a new 1-star review

**Read review**



**Madison S**

★ ★ ★ ★ ★

I don't recommend!

Reply to review