# Exhibit E

Google Business Profile

From: Google Business Profile
To: Luis Pantaleon
Sun 11/3/2024 1:44 PM



# You got a new 1-star review

**Read review**



**Luis balseca**

★☆☆☆☆

*This user only left a rating*

Reply to review