# Exhibit F

 **Outlook**

---

**Damian left a review for Ace Bed Bug Exterminating | Queens**

---

**From** Google Business Profile <businessprofile-noreply@google.com>
**Date** Thu 11/21/2024 2:47 PM
**To** Luis Pantaleon <info@acebedbugexterminating.com>



## You got a new 1-star review

**Read review**

**Damian Sobers**
★ ☆ ☆ ☆ ☆

After multiple service attempts Lewis didn't get rid of my bed bug problems.

Reply to review