# Exhibit G

 **Outlook**

**Chell left a review for Ace Bedbug Exterminating NYC**

**From** Google Business Profile <businessprofile-noreply@google.com>
**Date** Wed 11/27/2024 3:57 PM
**To** Luis Pantaleon <info@acebedbugexterminating.com>





## You got a new 1-star review

Read review



**Chell kim**

★☆☆☆☆

I called Luis at 530 am he came over and made a complete mess, I would expect more after paying 3200...

Reply to review