UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                    *Plaintiff*

v.                                              Civil Action No. _____

_____
                    *Defendant*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that _____,
is a non-governmental corporation and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_Rachel Ann Niedzwiadek_
Signature of Attorney

_____
Address

_____
City/State/Zip

_____
Date