## UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY, NEWARK

| | | |
|---|---|---|
| ACE BEDBUG EXTERMINATING NYC LLC | Case No.: | 2:25-CV-01589-JXN-JRA |
| Plaintiff/Petitioner | | |
| vs. | | |
| All Clear Bedbug Removal LLC | AFFIDAVIT OF SERVICE OF | |
| Defendant/Respondent | Complaint; Summons | |

Received by **Tyler Hammer**, on the **4th day of March, 2025 at 1:35 PM** to be served upon **All Clear Bedbug Removal LLC at 178 Linwood Ave E, Paramus, Bergen County, NJ 07652**.
On the 7th day of March, 2025 at 7:20 AM, I, Tyler Hammer, SERVED All Clear Bedbug Removal LLC at 178 Linwood Ave E, Paramus, Bergen County, NJ 07652 in the manner indicated below:

[X] **Posting**
By then and there personally affixing **1** true and correct copy(ies) of the above listed documents in a conspicuous place on the property.

[X] **Mailing**
On the date of _March 7th, 2025_ declarant then deposited in the United States mail, by _Placing documents inside envelope labelled "personal and confidential"_, in the county where the property is situated, the above listed documents with proper postage to:
All Clear Bedbug Removal LLC
178 Linwood Ave E
Paramus, NJ 07652

Service Fee Total: **$170.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Tyler Hammer_   Server ID #: N/A   Date: 03/11/2025

Notary Public: Subscribed and sworn before me on this __11__ day of _March_ in the year of 20_25_
Personally known to me ____ or _✓_ identified by the following document: _Driver Licence_

Number/Reference: _____
Type: _Driver License NYS_
Notary Public for State of: _New York_
Commission Expiration: _Nov 7, 2028_

Notary Public (Legal Signature)

MELISSA MOUNIER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MO0030743
Qualified in Rockland County
Commission Expires Nov 7, 2028

REF: Ace Bedbug

Page 1 of 1
Tracking #: 0161453699