AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:25-CV-01589-JXN-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **LUIS BALSECA,**
was recieved by me on **3/04/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☒   Other *(specify)*

**Fri 03/07/2025 07:20 AM: There was no answer at the address. Residency confirmed by neighbor residing at 861 Wendy Ann Court. Documents affixed to door.**

**A copy of the Summons and Complaint was mailed to Luis Balseca via USPS Certified Mail on 03/07/2025 to the address 178 Linwood Ave E Paramus, NJ 07652.**

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:  03/12/2025

*Server's signature*

**Tyler Hammer**
*Printed name and title*

**74 Parkway Trailer Court**
**Pomona, NY 10970**

*Server's address*

Additional information regarding attempted service, etc:

**There was no answer at the address.  Residency confirmed by neighbor residing at 861 Wendy Ann Court. Documents affixed to door.**




Tracking #: **0161453342**