UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACE BEDBUG EXTERMINATING NYC, LLC,<br><br>             Plaintiff),<br><br>v.<br><br>Balseca et al,<br>             Defendants. | **Civil Action No.: 2:25-cv-01589-JXN-JRA** |

### REQUEST TO EXTEND TIME TO ANSWER PURSUANT TO LOCAL CIVIL RULE 6.1(b)

Defendants Luis Balseca and All Clear Bedbug Removal LLC ("Defendants") hereby request that the Clerk of the Court extend Defendants' time to respond to the Complaint filed in this matter by 14 days pursuant to Local Civil Rule 6.1(b) which provides:

> The time within which to answer or reply to any pleadings as to which a responsive pleading is permitted may, before the expiration of the original deadline to answer or reply thereto, and with or without notice, be extended once for a period not to exceed 14 days on order granted by the Clerk. Any other proposed extension of time must be presented to the Court for consideration.

Local Civil Rule 6.1(b). Defendants' current deadline to submit an Answer is March 28, 2025; accordingly, the new deadline will be April 11, 2025.

Dated:  New York, NY
        March 24, 2025

                                        Respectfully submitted,

                                        JAYAKUMAR PLLC

                                        */s/ Arvind Jayakumar*
                                        Arvind Jayakumar
                                        130 E 36 Street 5R
                                        New York, New York 10016
                                        ajayakumar@jayakumarlaw.com

214-598-8145   Mobile
212-658-1748   Direct

*Counsel for Defendant*

**Certificate of Service**

      A copy of the foregoing was served upon counsel for the plaintiff(s) via Electronic Case Filing (CM/ECF).

Dated: New York, NY
         March 24, 2025

                                        Respectfully submitted,

                                        JAYAKUMAR PLLC

                                        */s/ Arvind Jayakumar*
                                        Arvind Jayakumar
                                        130 E 36 Street 5R
                                        New York, New York 10016
                                        ajayakumar@jayakumarlaw.com
                                        214-598-8145   Mobile
                                        212-658-1748   Direct

                                        *Counsel for Defendant*